IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **GEORGE C. HAINES,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No.: 4:19-cv-564-SDJ-KPJ |
| **Q HOTELS, LLC,** *et al.*, | § § § | |
| Defendants. | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 8, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #26) that Plaintiff George C. Haines' ("Plaintiff") claims against Defendant Fairfield Inn & Suites by Marriott Denton ("Fairfield Inn") be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claims against Fairfield Inn are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 10th day of February, 2021.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE